1

2

3

4

5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8  SHAUNTAE TAYLOR,                           Case No.  1:19-cv-00068-AWI-BAM (PC)

9                        Plaintiff,            Appeal No. 20-16836

10         v.                                  ORDER REGARDING *IN FORMA PAUPERIS*
                                               STATUS ON APPEAL
11  JIMINEZ, *et al.*,

12                        Defendants.

13

14         Plaintiff Shauntae Taylor ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma*

15  *pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On August 20, 2020, the

16  Court dismissed this action, with prejudice, due to Plaintiff's failure to state a claim upon which

17  relief may be granted.  (ECF No. 19.)  Judgment was entered accordingly the same date.  (ECF

18  No. 20.)  On September 18, 2020, Plaintiff filed a notice of appeal.  (ECF No. 21.)

19         On September 24, 2020, the Ninth Circuit Court of Appeals referred the matter back to

20  this Court for the limited purpose of determining whether *in forma pauperis* status should

21  continue for the appeal.  28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in

22  bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and

23  should continue on appeal.

    IT IS SO ORDERED.
24

25   Dated:   **September 25, 2020**            ___/s/ *Barbara A. McAuliffe*___

26                                             UNITED STATES MAGISTRATE JUDGE

27

28

                                             1