1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9               EASTERN DISTRICT OF CALIFORNIA
10

11   SHAUNTAE TAYLOR,                    Case No.  1:19-cv-00068-AWI-BAM (PC)

12              Plaintiff,               ORDER STRIKING PLAINTIFF'S
                                         REBUTTAL TO DEFENDANTS' REQUEST
13        v.                             TO DISMISS EXCESSIVE FORCE CLAIM
                                         AS IMPROPER SURREPLY
14   JIMINEZ, *et al.*,
                                         (ECF No. 60)
15              Defendants.

16

17        Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19   Plaintiff's first amended complaint against Defendants Jimenez,[1] Rodriguez, Huckleberry, Rye,

20   and Hernandez for excessive force and deliberate indifference in violation of the Eighth

21   Amendment.

22        On December 22, 2021, Defendants filed a motion for judgment on the pleadings as to

23   Plaintiff's excessive force claim.  (ECF No. 45.)  With the filing of Plaintiff's opposition and

24   Defendants' reply, that motion is fully briefed and pending before the Court.  (ECF Nos. 50, 51.)

25   The motion is submitted upon the record.  Local Rule 230(l).

26   ///

27   _____

28   [1] Erroneously sued as "Jiminez."

On June 23, 2022, Plaintiff submitted a document entitled "Rebuttal to Defendants' request to dismiss Excessive force claim." (ECF No. 60.)  The Court construes this filing as a surreply.

Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate the filing of a surreply.  *See* Local Rule 230(l).  No further briefing on Defendants' motion for judgment on the pleadings is permitted absent leave of Court.  The Court did not grant Plaintiff leave to file a surreply and the Court does not desire any further briefing on the motion.

Accordingly, Plaintiff's surreply, (ECF No. 60), is HEREBY STRICKEN from the record and Defendants' motion for judgment on the pleadings will be addressed in due course.

IT IS SO ORDERED.

Dated:   **June 24, 2022**                           /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2