1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   SHAUNTAE TAYLOR,                          Case No.  1:19-cv-00068-JLT-BAM (PC)

12                    Plaintiff,               ORDER DENYING REQUEST TO SET
                                               TRIAL DATES AS PREMATURE
13          v.
                                               (ECF No. 66)
14   JIMINEZ, *et al.*,

15                    Defendants.

16

17          Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19   Plaintiff's first amended complaint against Defendants Jimenez,[1] Rodriguez, Huckleberry, Rye,

20   and Hernandez for excessive force and deliberate indifference in violation of the Eighth

21   Amendment.

22          Currently before the Court is Defendants' motion for judgment on the pleadings as to

23   Plaintiff's excessive force claim.  (ECF No. 45.)  With the filing of Plaintiff's opposition and

24   Defendants' reply, that motion is fully briefed and pending before the Court.  (ECF Nos. 50, 51.)

25          On June 12, 2023, Plaintiff filed a notice of change of address and a motion to set trial

26   dates.  (ECF No. 66.)  Plaintiff argues that his case should be resolved on the merits, and requests

27

─────────────────────

28   [1] Erroneously sued as "Jiminez."

                                               1

1  that the Court immediately set trial dates, unless Defendants would like to reach a settlement.

2  (*Id.*)

3      Defendants have not had an opportunity to respond to the motion, but the Court finds a

4  response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

5      Plaintiff is informed that Defendants' motion for judgment on the pleadings regarding

6  dismissal of the excessive force claim remains pending before the Court, and therefore it is

7  premature to set trial dates in this action.

8      Similarly, without a clear indication from all parties to the action that they are willing to

9  discuss settlement, the Court does not find that it would be an efficient use of judicial resources to

10  set this case for a settlement conference at this time.  The parties are reminded that they are free

11  to settle this matter without judicial involvement at any time by communicating among

12  themselves.  If in the future the parties jointly decide that this action would benefit from a Court-

13  facilitated settlement conference, they may so inform the Court.

14      Accordingly, Plaintiff's motion to set trial dates, (ECF No. 66), is HEREBY DENIED as

15  premature.

16

17  IT IS SO ORDERED.

18   Dated:    **June 14, 2023**            /s/ *Barbara A. McAuliffe*         _

19                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2