**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>            Plaintiff,<br><br>    v.<br><br>JIMINEZ, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-00068-JLT-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 68)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Jimenez,[1] Rodriguez, Huckleberry, Rye, and Hernandez for excessive force and deliberate indifference in violation of the Eighth Amendment.

      Pending before the Court is Defendants' motion for judgment on the pleadings as to Plaintiff's excessive force claim.  (ECF Nos. 45, 50, 51.)

      On October 16, 2023, Plaintiff filed a motion for trial dates or a settlement conference in this matter.  (ECF No. 68.)  As Plaintiff was previously informed, due to the pendency of Defendants' motion for judgment on the pleadings, it is premature to set trial dates in this action.

---

[1] Erroneously sued as "Jiminez."

(ECF No. 67.)

As to Plaintiff's request for a settlement conference, Plaintiff is reminded that the Court generally will not grant motions to set a settlement conference without confirmation that all parties feel that a settlement conference would be a beneficial use of resources of the parties and the Court. Therefore, the Court finds it appropriate to obtain a brief response from Defendants regarding Plaintiff's request for a settlement conference, indicating whether Defendants are also willing to participate in a judicially-mediated settlement conference in this matter. Defendants need not respond to each factual allegation and legal argument included in Plaintiff's request. The parties are further reminded that they are free to communicate regarding a possible settlement, without judicial involvement.

Accordingly, Defendants are HEREBY ORDERED to file a brief written response to Plaintiff's motion for a settlement conference, (ECF No. 68), within **twenty-one (21) days** from the date of service of this order, indicating whether they are willing to participate in a judicially-mediated settlement conference in this matter.

IT IS SO ORDERED.

Dated:   **October 17, 2023**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE