# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>            Plaintiff,<br><br>    v.<br><br>JIMINEZ, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-00068-JLT-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRIAL DATES OR SETTLEMENT CONFERENCE<br><br>(ECF No. 68) |

Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Jimenez,[1] Rodriguez, Huckleberry, Rye, and Hernandez for excessive force and deliberate indifference in violation of the Eighth Amendment.

On October 16, 2023, Plaintiff filed a motion for trial dates or a settlement conference in this matter.  (ECF No. 68.)  The Court directed Defendants to file a brief written response indicating whether Defendants are also willing to participate in a judicially-mediated settlement conference in this matter.  (ECF No. 69.)  Defendants filed a response on October 18, 2023, stating that their position that they are not amenable to a settlement conference remains

---

[1] Erroneously sued as "Jiminez."

1

1 unchanged, and they request that the Court deny Plaintiff's request and that the case proceed on
2 their pending motion for judgment on the pleadings. (ECF No. 70.)

3       Without a clear indication from all parties to the action that they are willing to discuss
4 settlement, the Court does not find that it would be an efficient use of judicial resources to set this
5 case for a settlement conference at this time. The parties are reminded that they are free to settle
6 this matter without judicial involvement at any time by communicating among themselves. If in
7 the future the parties jointly decide that this action would benefit from a Court-facilitated
8 settlement conference, or if they are able to reach an independent settlement agreement, they may
9 so inform the Court.

10       With respect to Plaintiff's request to set trial dates, Plaintiff is reminded that, due to the
11 pendency of Defendants' motion for judgment on the pleadings, it is premature to set trial dates in
12 this action. (ECF Nos. 67, 69.)

13       Accordingly, Plaintiff's motion for trial dates or a settlement conference, (ECF No. 68), is
14 HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **October 19, 2023**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE