# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIMINEZ, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00068-JLT-BAM (PC)<br><br>ORDER RESETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>Discovery Deadline: **June 21, 2024**<br>Dispositive Motion Deadline: **August 23, 2024** |

Plaintiff Shauntae Taylor ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2022, the Court vacated the discovery and dispositive motion deadlines in order to resolve Defendants' pending motion for judgment on the pleadings. (ECF No. 63.) The motion for judgment on the pleadings was granted by the District Judge's March 21, 2024 order adopting the February 20, 2024 findings and recommendations in full. (ECF No. 78.) Pursuant to that order, this action now proceeds on Plaintiff's first amended complaint against Defendants Jimenez, Rodriguez, Huckleberry, Rye, and Hernandez for deliberate indifference in violation of the Eighth Amendment. (*Id.*)

Accordingly, the Court finds it appropriate and necessary to reset the discovery and dispositive motion deadlines. Fed. R. Civ. P. 16.

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The deadline for the completion of all discovery, including filing all motions to compel discovery, shall be **June 21, 2024**. Absent good cause, discovery motions will not be considered if filed after the discovery deadline. Therefore, discovery requests and deposition notices must be served sufficiently in advance of the discovery deadline to permit time for a response and time to prepare and file a motion to compel.

2. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) shall be **August 23, 2024**.

3. Any request for an extension of these deadlines must be filed on or before the expiration of the deadline. However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause.

IT IS SO ORDERED.

Dated:   **March 22, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE