UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>   Plaintiff,<br><br>   v.<br><br>JIMINEZ, et al.,<br><br>   Defendant. | Case No.: 1:19-cv-0068 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO AMEND AND FOR AN EXTENSION OF TIME TO COMPLETE THE GRIEVANCE PROCESS<br><br>(Docs. 91, 93) |

Shauntae Taylor seeks to hold the defendants liable for deliberate indifference in violation of the Eighth Amendment. (Doc. 11.) Plaintiff requested leave to file an amended complaint that added several claims, including: (1) "knowingly filing false information into official reports," (2) "attempting to conceal a crime by falsifying official state reports," and (3) a criminal charge of perjury. (Doc. 91 at 1.) The magistrate judge found the motion was untimely, as the Court previously ordered any motions to amend must be filed no later than June 20, 2022. (*Id.* at 2.) The magistrate judge also found amendment was futile because the "proposed amendments would not add any cognizable claims that can proceed in this action." (*Id.* at 3.) Therefore, the magistrate judge recommended Plaintiff's request for leave to amend—and the related request for an extension of time to pursue administrative remedies related to these claims—be denied. (*Id.*)

The Court served the Findings and Recommendations on all parties and notified Plaintiff that any objections were due within 14 days. (Doc. 93 at 4.) The Court advised Plaintiff the "failure to file

1

objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 24, 2024 (Doc. 93) are **ADOPTED** in full.
2. Plaintiff's motion to amend and for an extension of time (Doc. 91) is **DENIED**.
3. The action **SHALL** continue to proceed only upon Plaintiff's claim for deliberate indifference in violation of the Eighth Amendment against Defendants Jimenez, Rodriguez, Huckleberry, Rye, and Hernandez—as stated in the first amended complaint (Doc. 11).

IT IS SO ORDERED.

Dated:   **July 19, 2024**

UNITED STATES DISTRICT JUDGE